1  JEFFREY A. KAISER, ESQ. [SBN 160594]
   T. SCOTT HAMES, ESQ. [SBN 195574]
2  **LEVIN SIMES KAISER & GORNICK LLP**
   44 Montgomery Street, 36th Floor
3  San Francisco, California 94104
   Telephone    (415) 646-7160
4  Facsimile    (415) 981-1270

5  Attorneys for Plaintiffs
   WILLIAM WAYNE HIGGINS AND
6  ANTOINETTE LYNN HIGGINS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WAYNE HIGGINS AND ANTOINETTE LYNN HIGGINS, <br><br> Plaintiffs, <br><br> vs. <br><br> A.W. CHESTERTON COMPANY, et al., <br><br> Defendants. | Case No. 3:10-CV-00256-BZ <br><br> [Alameda County Superior Court Case No. RG-09-489702] <br><br> [~~PROPOSED~~] **ORDER TO REMAND CASE TO ALAMEDA COUNTY SUPERIOR COURT** <br><br> Judge: Hon. Bernard Zimmerman |

On January 20, 2010, Defendant LESLIE CONTROLS, INC. filed its Notice of Removal of Alameda County Superior Court Case No. RG 09 489702, purportedly under 28 U.S.C. 1442 (a) (1).

Plaintiffs WILLIAM WAYNE HIGGINS and ANTOINETTE LYNN HIGGINS and LESLIE CONTROLS, INC. have stipulated to immediately remand this case to the Superior Court of California, County of Alameda.

---

1
[PROPOSED] ORDER TO REMAND CASE TO ALAMEDA COUNTY SUPERIOR COURT

566799_1

1     It is ORDERED, Plaintiffs' claims against Defendant LESLIE CONTROLS, INC. are hereby
2 remanded to the Superior Court of California, County of Alameda.

Dated: _January 28_, 2010

_/s/ Bernard Zimmerman_
THE HONORABLE BERNARD ZIMMERMAN
JUDGE OF UNITED STATES DISTRICT COURT